496 A.2d 1156

**Stafford CHESTNUT, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Aug. 20, 1985.

Petition granted, No. 115 E.D. Appeal Docket 1985.